Order entered January 29, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00037-CV

## IN THE INTEREST OF J.D.B., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-771-W**

## ORDER

Before the Court is court reporter Kelly L. Pelletier's request for extension of time to file the record. She asserts she needs additional time because appellants have not been found indigent and they have not made arrangements to pay for her fee. Appellants appeal from a judgment terminating their parental rights to their minor child. The trial court clerk has identified them as "pauper," and the notice of appeal reflects appellants were determined to be indigent by the trial court. Pursuant to Texas Rule of Appellate Procedure 20.1(a)(3), appellants are presumed to remain indigent for the duration of the appeal, and may proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(a)(3). Accordingly, we **ORDER** Kelly L. Pelletier to prepare the record without prepayment and **GRANT** her request for additional time to the extent we **ORDER** the record be filed no later than February 12, 2014. Because this is an accelerated appeal, no further extensions will be granted absent extraordinary circumstances. *See id.* 28.4(b)(2).

/s/ ELIZABETH LANG-MIERS
JUSTICE